**DEFENDANT STATUS SHEET**  (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  Joseph Dibee                                    USAO#  1998R01151

_/ MAGISTRATE'S NO. _____         _/ DOCKET NO. (If Superseding Indictment) CR  05-5828RBL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?   _/ yes    X/ no
IF YES:
   _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____
*** _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.
   _/ A DETENTION ORDER HAS BEEN ENTERED.
      *** _/ TEMPORARY DETENTION
      *** _/ PERMANENT DETENTION
         _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
            (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
   _/ SERVING A FEDERAL SENTENCE AT _____.
   _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.
   _/ PENDING STATE CHARGES AT _____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
                                                 (Date)
   DEFENDANT'S ADDRESS: _____
_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
                                                 (Date)
   DEFENSE ATTORNEY'S NAME: _____
   DEFENSE ATTORNEY'S ADDRESS: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IV. CONDITIONS OF RELEASE

   X/ NOT PREVIOUSLY SET, SHOULD BE:  DETENTION
                                     [e.g., P.R.; BAIL (listing conditions); DETENTION]
   _/ PREVIOUSLY SET, SHOULD BE:
      _/ CONTINUE CONDITIONS OF RELEASE
      _/ CONTINUE DETENTION
      _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?    X/ Yes    _/ No
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS  15  TRIAL DAYS.     January 14, 2011
                                                 (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET**  (One for <u>each</u> defendant)

I. CASE STATUS

NAME OF DEFENDANT  Josephine Overaker      USAO# 1998R01151

_/ MAGISTRATE'S NO. _____      _/ DOCKET NO. (If Superseding Indictment) CR 05-5828RBL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  _/ yes   X/ no
IF YES:
 _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____
 \*\*\*  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.
 _/ A DETENTION ORDER HAS BEEN ENTERED.
  \*\*\*  _/ TEMPORARY DETENTION
  \*\*\*  _/ PERMANENT DETENTION
   _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
   (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
 _/ SERVING A FEDERAL SENTENCE AT _____.
 _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.
 _/ PENDING STATE CHARGES AT _____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR.  (DEFENDANT'S ADDRESS REQUIRED.)
                                           (Date)
 DEFENDANT'S ADDRESS: _____
_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
                                                 (Date)
 DEFENSE ATTORNEY'S NAME: _____
 DEFENSE ATTORNEY'S ADDRESS: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IV. CONDITIONS OF RELEASE

X/ NOT PREVIOUSLY SET, SHOULD BE:  DETENTION
                                   [e.g., P.R.; BAIL (listing conditions); DETENTION]
_/ PREVIOUSLY SET, SHOULD BE:
 _/ CONTINUE CONDITIONS OF RELEASE
 _/ CONTINUE DETENTION
 _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?   X/ Yes   _/ No
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS  15  TRIAL DAYS.     January 14, 2011
                                                 (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET**  (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  Justin Solondz                    USAO#  1998R01151

_/ MAGISTRATE'S NO. _____     _/ DOCKET NO. (If Superseding Indictment) CR  05-5828RBL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  _/ yes  X/ no
IF YES:

    _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____
\*\*\*  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.
    _/ A DETENTION ORDER HAS BEEN ENTERED.
      \*\*\*  _/ TEMPORARY DETENTION
      \*\*\*  _/ PERMANENT DETENTION
    _/  IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
    (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
    _/ SERVING A FEDERAL SENTENCE AT _____.
    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.
    _/ PENDING STATE CHARGES AT _____.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
    (Date)
    DEFENDANT'S ADDRESS: _____
_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
    (Date)
    DEFENSE ATTORNEY'S NAME: _____
    DEFENSE ATTORNEY'S ADDRESS: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IV. CONDITIONS OF RELEASE

X/ NOT PREVIOUSLY SET, SHOULD BE:  **DETENTION**
    [e.g., P.R.; BAIL (listing conditions); DETENTION]
_/ PREVIOUSLY SET, SHOULD BE:
    _/ CONTINUE CONDITIONS OF RELEASE
    _/ CONTINUE DETENTION
    _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HAS THE FPD represented any subject or witness in this case?   X/ Yes   _/ No

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE ESTIMATED TRIAL TIME IS  15  TRIAL DAYS.     January 14, 2011
                                                                     (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET**  (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  Briana Waters                          USAO# 1998R01151

_/ MAGISTRATE'S NO. _____   _/ DOCKET NO. (If Superseding Indictment) CR 05-5828RBL

********************************************************************************

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  X/ yes   _/ no
IF YES:
    X/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: See bond order
*** _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.
    _/ A DETENTION ORDER HAS BEEN ENTERED.
      *** _/ TEMPORARY DETENTION
      *** _/ PERMANENT DETENTION
      _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
      (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
    _/ SERVING A FEDERAL SENTENCE AT _____.
    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.
    _/ PENDING STATE CHARGES AT _____.

********************************************************************************

III. ARRAIGNMENT

_/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
      (Date)
DEFENDANT'S ADDRESS: _____

X/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON  To Be Scheduled   CALENDAR.
      (Date)
DEFENSE ATTORNEY'S NAME: _____
DEFENSE ATTORNEY'S ADDRESS: _____

********************************************************************************

IV. CONDITIONS OF RELEASE

_/ NOT PREVIOUSLY SET, SHOULD BE: _____.
    [e.g., P.R.; BAIL (listing conditions); DETENTION]
X/ PREVIOUSLY SET, SHOULD BE:
    X/ CONTINUE CONDITIONS OF RELEASE
    _/ CONTINUE DETENTION
    _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

********************************************************************************

HAS THE FPD represented any subject or witness in this case?   X/ Yes   _/ No
********************************************************************************
THE ESTIMATED TRIAL TIME IS  15  TRIAL DAYS.   January 14, 2011
      (Date Form filled out)

(Revised June 2000)